UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MORENO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PORTERVILLE, MICHAEL BENAS, MARK AZEVEDO, GARY MILLER, RICHARD STANDRIDGE, and JAKE CASTELLOW,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-00865 BAM<br><br>Complaint Filed: May 27, 2021<br><br>**ORDER REGARDING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Conf. Date:　August 26, 2021<br>[Prop.] Conf. Date: |

**<u>ORDER</u>**

For good cause appearing therefore, the foregoing Stipulation requesting a continuance of the FRCP 16 Scheduling Conference (later converted to a Status Conference), having been read and considered, **IS HEREBY GRANTED.**

1. The FRCP 16 Status Conference scheduled on August 26, 2021 is hereby converted to a Scheduling Conference and continued to November 2, 2021 at 9:00 am in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required; and

///

1

9768795.1 PO090-035

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

1      2.   The parties shall file a Joint Scheduling Report no later than October 26, 2021.

IT IS SO ORDERED.

Dated:   **August 24, 2021**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE

2

9768795.1 PO090-035