Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Sue Ann Renfro, Bar No. 143122
srenfro@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone: 559.256.7800
Facsimile: 559.449.4535

Counsel for Defendants City of Porterville, Mark Azevedo, Gary Miller, Richard Standridge, and Jake Castellow

Mark K. Kitabayashi Bar No. 125822
mkitabayashi@lozanosmith.com
Wiley R. Driskill Bar No. 253913
wdriskill@lozanosmith.com
LOZANO SMITH
7404 N. Spalding Avenue
Fresno, CA 97320-3370

Counsel for Defendant Michael Benas

Lawrence J. King, Esq., Bar No. 120805
LAW OFFICES OF LAWRENCE J. KING
11 Western Avenue
Petaluma, CA 94952
Telephone:  707-769-9791
Facsimile:  707-769-9253
Email:  kingesq@pacbell.net

Counsel for Plaintiff Amber Moreno

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| AMBER MORENO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTERVILLE, MICHAEL BENAS, MARK AZEVEDO, GARY MILLER, RICHARD STANDRIDGE, and JAKE CASTELLOW,<br><br>Defendants. | CASE NO. 1:21-cv-00865-NONE-BAM<br><br>THE PARTIES' JOINT STIPULATION WITHDRAWING DEFENDANTS' MOTIONS TO DISMISS AND JOINTLY REQUESTING LEAVE FOR PLAINTIFF TO FILE HER SECOND AMENDED COMPLAINT<br><br>AND ORDER |

1

1   ALL THE PARTIES TO THIS SUIT, BY AND THROUGH THEIR RESPECTIVE
2   COUNSEL OF RECORD, JOINTLY STIPULATE TO THE FOLLOWING.
3       1.    To the withdrawal of Defendants' motions to dismiss;
4       2.    To the Court granting leave for Plaintiff to file the attached Second Amended
5   Complaint; and
6       3.    To an order requiring Defendants to file a responsive pleadings within 30 days of
7   the date the Second Amended Complaint is filed.

RESPECTIVELY SUBMITTED.

Dated: November 23, 2021          LIEBERT CASSIDY WHITMORE

By: */S/ Sue Ann Renfro*
    Jesse J. Maddox
    Sue Ann Renfro
    Attorneys for Defendants City Of Porterville,
    Mark Azevedo, Gary Miller, Richard Standridge,
    and Jake Castellow

Dated: November 23, 2021          LOZANO, SMITH

By: */S/ Wiley R. Driskill*
    Wiley R. Driskill
    Counsel for Defendant Michael Benas

Dated: November 23, 2021          Respectfully submitted,

LAW OFFICES OF LAWRENCE J. KING

By: */S/ Lawrence J. King*
    Lawrence J. King
    Counsel for Plaintiff Amber Moreno

**ORDER**

WHEREAS the parties, through their respective counsel, participated in an informal conference with the Court on November 22, 2021;

WHEREAS, during that conference the parties agreed for the sake of judicial economy that:

1. Defendants would withdraw their current motions to dismiss;

2. Defendants would stipulate to a grant of leave for Plaintiff to file the attached Second Amended Complaint; and

3. Defendants would file a responsive pleading within 30 days of the date the Second Amended Complaint is filed;

WHEREAS, the Court finds good cause for the withdrawal of Defendants' motions to dismiss and for granting Plaintiff leave to file the attached Second Amended Complaint;

THEREFORE, IT IS HEREBY ORDERED THAT:

1. Plaintiff is hereby granted leave to file the attached Second Amended Complaint;

2. Defendants' responsive pleadings must be filed within 30 days of the date the Second Amended Complaint is filed;

3. Defendants' motions to dismiss are hereby withdrawn without prejudice to their right to file any appropriate motion or other responsive pleading in response to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **November 23, 2021**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE