Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Sue Ann Renfro, Bar No. 143122
srenfro@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Lawrence J. King, Bar No. 120805
kingesq@pacbell.net
LAW OFFICES OF LAWRENCE J. KING
11 Western Avenue
Petaluma, CA 94952
Telephone: 707.769.9791
Facsimile: 707.763.9253

Attorneys for Plaintiff AMBER MORENO

Mark K. Kitabayashi, Bar No. 125822
mkitabayashi@lozanosmith.com
Wiley R. Driskill, Bar No. 253913
wdriskill@lozanosmith.com
LOZANO SMITH
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: 559.431.5600
Facsimile: 559.261.9366

Attorneys for Defendant MICHAEL BENAS

Attorneys for Plaintiff CITY OF PORTERVILLE, GARY MILLER and MARK AZEVEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| AMBER MORENO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PORTERVILLE, MICHAEL BENAS, GARY MILLER and MARK AZEVEDO,<br><br>　　　　　　　Plaintiff. | Case No.: 1:21-CV-00865-JLT-BAM<br><br>Complaint Filed: May 27, 2021<br>FAC Filed: October 18, 2021<br>SAC Filed: November 26, 2021<br><br>**STIPULATION AND ORDER TO EXCUSE COUNSEL FROM SETTLEMENT CONFERENCE** |

1 TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 Plaintiff AMBER MORENO ("Plaintiff") and Defendants CITY OF PORTERVILLE,

3 MARK AZEVEDO, and GARY MILLER, (collectively referred to as "City Defendants"), and

4 Defendant MICHAEL BENAS ("Defendant Benas") hereby stipulate to excuse Defendant Benas

5 and his Counsel from a Settlement Conference in this matter.

6 WHEREAS, the City Defendants are represented by Jesse J. Maddox and Sue Ann Renfro

7 of Liebert Cassidy Whitmore;

8 WHEREAS; Wiley R. Driskill of Lozano Smith represents Defendant Benas;

9 WHEREAS, a motion for partial summary judgment was filed by the City Defendants on

10 April 1, 2024, and is currently pending before this Court;

11 WHEREAS, the parties and counsel for the parties agree that a Settlement Conference

12 would be well timed given the pending motion for partial summary judgment and a recent

13 settlement demand from Plaintiff;

14 WHEREAS, the parties understand that Magistrate Judge Stanley A. Boone is available

15 for settlement conference on November 13, 2024;

16 WHEREAS, counsel for Plaintiff, Lawrence King, and counsel for the City Defendants,

17 Jesse Maddox, are available for settlement conference on November 13, 2024, but counsel for

18 Defendant Benas, Wiley R. Driskill is not available on November 13, 2024;

19 WHEREAS, the parties and respective counsel have agreed it is not necessary for

20 Defendant Benas and Mr. Driskill to be present for the settlement conference;

21 WHEREAS, the parties and respective counsel have agreed that any settlement agreement

22 reached at a settlement conference will include a resolution of all claims against Defendant

23 Benas, and Defendant Benas will agree to be bound by the terms of any such agreement; and

24 WHEREAS, an Order Excusing Defendant Benas and his counsel from attending a

25 Settlement Conference on November 13, 2024, will work to promote judicial economy as this

26 case is currently at a stage given the pending demand and pending motion for partial summary

27 judgment that settlement efforts are reasonable and merited;

28 ///

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and
2    Defendants, through their respective counsels of record as follows:
3        a.   It is not necessary for Defendant Benas and Mr. Driskill to be present for a
4        settlement conference on November 13, 2024; and
5        b.   Any settlement agreement reached at such a settlement conference will include
6        Defendant Benas.

Dated:  October 15, 2024                        LIEBERT CASSIDY WHITMORE

By:  */s/ Jesse J. Maddox*

Jesse J. Maddox
Sue Ann Renfro
Attorneys for Plaintiff CITY OF PORTERVILLE, GARY MILLER and MARK AZEVEDO

Dated:  October 15, 2024                        LAW OFFICES OF LAWRENCE J. KING

By:  */s/ Lawrence J. King*

Lawrence J. King
Attorneys for Plaintiff AMBER MORENO

Dated:  October 15, 2024                        LOZANO SMITH

By:  */s/ Wiley R. Driskill*

Wiley R. Driskill
Attorneys for Defendant MICHAEL BENAS

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the above-stipulation. Mr. Driskill and defendant Michael Benas shall not be required to attend the settlement conference on November 13, 2024.

IT IS SO ORDERED.

Dated: __**October 16, 2024**__

UNITED STATES MAGISTRATE JUDGE