# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MORENO,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL BENAS, et al.,<br><br>      Defendants. | Case No. 1:21-cv-00865-JLT-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>**FORTY-FIVE DAY DEADLINE** |

The Court conducted a settlement conference in this action on November 13, 2024, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within **forty-five (45)** days of entry of this order.

IT IS SO ORDERED.

Dated:   **November 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1